**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **Donald E. and Sheila M. Taylor,** | Bankruptcy No. 17-14757 |
| Debtors. | Honorable Pamela S. Hollis |

**COVER SHEET FOR FINAL FEE APPLICATION OF
FACTORLAW FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES**

| | |
|---|---|
| Name of Applicant: | Law Offices of William J. Factor, Ltd. |
| Authorized to Provide Professional Services to: | Peter N. Metrou, Chapter 7 Trustee for the estate of Donald E. and Sheila M. Taylor |
| Period for Which Compensation is Sought: | June 21, 2017 – December 13, 2017 |
| Amount of Fees Sought: | $3,080.00 |
| Amount of Expense Reimbursement Sought: | $0.00 |
| This is an: | Final Application |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00.

{00105570}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **Donald E. and Sheila M. Taylor,** | Bankruptcy No. 17-14757 |
| Debtors. | Honorable Pamela S. Hollis |

## NOTICE OF APPLICATION

**Please take notice** that on **Friday, January 12, 2018, at 10:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Pamela S. Hollis, United States Bankruptcy Judge for the Northern District of Illinois on the 2nd Floor of the Joliet City Hall building located at 150 West Jefferson Street in Joliet, Illinois, and then and there shall present the attached **Final Fee Application of FactorLaw** a copy of which is attached hereto and herewith served upon you.

Dated: December 13, 2017                **FactorLaw**

                                        By: */s/ Ariane Holtschlag*
                                        One of its attorneys

William J. Factor (6205675)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (312) 878-4830
Fax:    (847) 574-8233
Email:  aholtschlag@wfactorlaw.com

## CERTIFICATE OF SERVICE

    I, Ariane Holtschlag, an attorney, hereby certify that on December 13, 2017, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Application* and the accompanying *Final Fee Application of FactorLaw* be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by US Mail on all persons identified on the attached service list.

                                              */s/ Ariane Holtschlag*

**Registrants**
(Service via ECF)

| | |
|---|---|
| Michael N Burke | bk_il_notice@fisherandshapirolaw.com |
| Ronald D Cummings | bankruptcylawyer@sbcglobal.net, atty_cummings@bluestylus.com |
| Ariane Holtschlag | aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;holtschlagar43923@notify.bestcase.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Peter N Metrou | met.trustee7@att.net, met.trustee7@att.net,pmetrou@ecf.epiqsystems.com |
| Peter N Metrou | trustee7@metandnem.com, met.trustee7@att.net,pmetrou@ecf.epiqsystems.com |

Service List
Case 17-14757

Donald and Sheila Taylor
1706 Prairie Wind Drive
Joliet, IL 60435-0686

ATI Physical Therapy
Attn: Collections
P.O. Box 371863
Pittsburgh, PA 15250-7863

Athletic and Therapeutic Inst.
P.O. Box 371863
Pittsburgh, PA 15250-7863

Athletico Ltd
Attn Collections Dept
709 Enterprise Drive
Oak Brook, IL 60523-8814

Barclays Bank Delaware
100 S West St
Wilmington, DE 19801-5015

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Chase Card
Attn: Correspondence
Po Box 15298
Wilmington, DE 19850-5298

Citibank North America
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179-0040

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA 98083-0280

Citibank/Sears
Citicorp Credit Services/Attn: Centraliz
Po Bopx 790040
Saint Louis, MO 63179-0040

Citicards Cbna
Citicorp Credit Svc/Centralized Bankrupt
Po Box 790040
Saint Louis, MO 63179-0040

Citicards Cbna
Po Box 6241
Sioux Falls, SD 57117-6241

Comenity Bank/PacSun
Po Box 182125
Columbus, OH 43218-2125

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Financial
Po Box 3025
New Albany, OH 43054-3025

EdFinancial Services, Llc
298 North Seven Oaks Dr
Knoxville, TN 37922-2369

Financial Plus Cu
800 Chestnut St
Ottawa, IL 61350-4997

First National Bank
Attn: FNN Legal Dept
1620 Dodge St Mailstop Code 3290
Omaha, NE 68102-1593

First National Bank of Omaha
1620 Dodge Street, Stop code 3105
Omaha, NE 68197-0002

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Kohls/Capital One
Kohls Credit
Po Box 3043
Milwaukee, WI 53201-3043

Merchants Credit
223 W Jackson Blvd
Ste 700
Chicago, IL 60606-6914

Merchants Credit Guide Co.
223 West Jackson Blvd #700
Chicago, IL 60606-6914

Miramed Revenue Group LLC
Dept 77304
P.O. Box 77000
Detroit, MI 48277-0304

Molecular Imaging
28489 Network Place
Chicago, IL 60673-1287

PYOD, LLC its successors and assigns as assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Regions Mortgage
Bankruptcy
Po Box 18001
Hattiesburg, MS 39404-8001

Transworld Systems Inc.
500 Virginia Drive #514
Fort Washington, PA 19034-2707

Visa Dept Store National Bank/Macy's
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040-8053

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **Donald E. and Sheila M. Taylor,** | Bankruptcy No. 17-14757 |
| Debtors. | Honorable Pamela S. Hollis |

**FACTORLAW'S FINAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Ariane Holtschlag and the Law Office of William J. Factor, Ltd. (collectively "***FactorLaw***"), counsel for Peter N. Metrou, not individually but as the chapter 7 trustee (the "***Trustee***") of the bankruptcy estate (the "***Estate***") of Donald E. and Sheila M. Taylor (the "***Debtors***"), hereby submits its final application (the "***Application***") pursuant to 11 U.S.C. §§ 330, 331 and 507(a)(1) seeking compensation of **$3,080.00** for legal services performed by FactorLaw during the period of June 21, 2017 through December 13, 2017 (the "***Application Period***"). In support of its Application, FactorLaw states as follows:

**JURISDICTION**

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

2. Venue of the above-captioned case (the "***Case***") and of this motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A).

{00105570}                           4

## BACKGROUND

4. On May 11, 2017 (the "**Petition Date**"), the Debtors filed a voluntary petition for relief under Chapter 7 of title 11, United States Code (11 U.S.C. §§ 101, et seq. (the "**Bankruptcy Code**")), in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division commencing the Case.

5. Peter N. Metrou was appointed as the interim trustee in the Case pursuant 11 U.S.C. § 701 and now serves as the permanent trustee in the Case. The Trustee is duly qualified and has all the powers of a trustee under, among other provisions, 11 U.S.C. § 704.

6. Among the assets of the Estate is the Debtors' joint interest in real property commonly known as "1706 Prairie Wind Drive, Joliet, IL 60435" (the "**Joliet Property**") with a value of $199,900.00. The Debtbors schedule a mortgage with Regions Mortgage as a joint creditor holding a secured claim against the Joliet Property in the amount of $123,822.00. Accordingly, there appeared to be equity in the Joliet Property.

7. However, the Debtors asserted an exemption in the Joliet Property in the amount of $81,551.00 pursuant to 735 ILCS 5/12-112, the statute pertaining to tenancy by the entireties under Illinois law.

8. The Trustee, through his undersigned counsel, investigated, researched and prosecuted an objection to the Debtors' alleged exemption in the Joliet Property.

9. On August 11, 2017, this Court entered an order disallowing the Debtors' alleged exemption in the Joliet Property under 735 ILCS 5/12-112.

10. Thereafter the Trustee listed and marketed the Joliet Property and on December 8, 2017 this Court granted the Trustee authority to sell the Joliet Property.

# FEE APPLICATION

## I. Services performed.

11. FactorLaw maintains contemporaneous written records of the time expended by its professionals.

12. Such records for the Case, copies of which are grouped and attached hereto as **Exhibit 1**, set forth in detail: (a) the services rendered by FactorLaw (the "*Services*") on behalf of the Trustee, (b) the dates upon which such Services were rendered; (c) the amount of time spent on the Services; and (d) the professionals who performed the Services.

*1. Summary of Services by professional.*

13. FactorLaw spent a total of 10.5 hours at a cost of $3,080.00 in connection with this Case during the Application Period.

14. A breakdown of the professionals providing Services is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Ariane Holtschlag | Associate | $325 | 4.9 | $1,592.50 |
| Danielle Ranallo | Legal Assistant | $100 | .3 | $30.00 |
| Julia D. Loper | Associate | $275 | 5.3 | $1,457.50 |
| | | **Totals:** | **10.5** | **$3,080.00** |

*A. Itemization of fees by category of Services rendered.*

15. **Case Administration.** FactorLaw spent a total of 2.9 hours at a cost of $875.00 on matters relating to case administration including extending deadlines and preparing this fee application.

16. A breakdown of the professionals providing Services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Ariane Holtschlag | Associate | $325 | 2.6 | $845.00 |
| Danielle Ranallo | Legal Assistant | $100 | .3 | $30.00 |
| | | **Totals:** | **2.9** | **$875.00** |

17. **Objection to Exemption.** FactorLaw spent a total of 7.6 hours at a cost of $2,205.00 on matters relating investigating, researching and prosecuting the Objection to Exemption.

18. A breakdown of the professionals providing Services in this category is as follows:

| Professional | Title | Hourly Rate | Total Hours | Value |
|---|---|---|---|---|
| Ariane Holtschlag | Associate | $325 | 2.3 | $747.50 |
| Julia D. Loper | Associate | $275 | 5.3 | $1,457.50 |
| | | **Totals:** | **7.6** | **$2,205.00** |

## II. FactorLaw's retention was appropriate through the Application Period

19. During the Application Period, no agreement or understanding exists between FactorLaw and any other person for the sharing of compensation received or to be received in connection with this Case.

20. No compensation has been promised to FactorLaw other than as disclosed or approved by this Court. FactorLaw certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the amount of its fees with any party except the Trustee.

21. Finally, FactorLaw represents that it is and was through the Application Period a disinterested party and does not hold any relationship adverse to the Estate.

## BASIS FOR THE REQUESTED RELIEF

22. Under Section 330(a)(1)(A), the Court may award a professional person "reasonable compensation for actual, necessary services rendered[.]" 11 U.S.C. § 330(a)(1)(A). Section 330(a) further provides:

> In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—(A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [the Bankruptcy Code]; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and (E) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

*Id.* § 330(a)(3).

23. In determining the "extent and value of compensation," the Seventh Circuit endorses the "'lodestar' approach—multiplying the number of actual and necessary hours reasonably expended by a reasonable hourly rate[.]" *In re Wildman*, 72 B.R. 700, 712 (Bankr. N.D. Ill. 1987) (Schmetterer, J.); *accord In re UNR Indus.*, 986 F.2d 207, 210-11 (7th Cir. 1993) (lodestar approach provides fair compensation under Section 330); *see also City of Burlington v. Dague*, 505 U.S. 557, 562 (1992) ("The 'lodestar' figure has, as its name suggests, become the guiding light of our fee-shifting jurisprudence. We have established a 'strong presumption' that the lodestar represents the 'reasonable' fee[.]").

24. The Seventh Circuit has mandated that an "attorney's actual billing rate … is considered to be the presumptive market rate." *Small*, 264

F.3d at 707. Moreover, "[t]he lawyer's regular rate is strongly presumed to be the market rate for his or his services." *Moriarty v. Svec*, 233 F.3d 955, 965 (7th Cir. 2000) (emphasis added), cert. denied, 532 U.S. 1066 (2001).

25. Additionally, under generally accepted standards, if the services of an attorney employed under Section 327 are reasonably likely to benefit the estate, they should be compensable. *See Andrews & Kurth LLP v. Family Snacks, Inc. (In re Pro-Snax Distributors, Inc.)*,157 F.3d 414, 421 (5th Cir. 1998); *In re Ames Dep't Stores, Inc.*, 76 F.3d 66, 71 (2d Cir. 1996); 2 Lawrence P. King, Collier on Bankruptcy ¶ 330.04 at 330-43 (15th ed. rev. 1999); *cf*. 11 U.S.C. § 330(a)(4)(A)(ii)(I). In this same context, "[n]ecessary services are those that aid the professional's client in fulfilling its duties under the Code." *In re Ben Franklin Retail Store, Inc.*, 227 B.R. 268, 270 (Bankr. N.D. Ill. 1998) (Barliant, J.).

26. The average hourly billing rate for the professionals who performed the Services—that is, the "lodestar" rate— is $293.33. This average rate is fair and reasonable in light of the services provided and the experience of FactorLaw's professionals. Moreover, the compensation requested by the FactorLaw is reasonable based upon the customary compensation charged by comparably skilled practitioners in either non-bankruptcy or bankruptcy cases.

**WHEREFORE**, FactorLaw respectfully requests that this Court enter an Order:

A. Allowing FactorLaw compensation for actual, necessary legal services in the amount of **$3,080.00**;

B. Authorizing the Trustee to pay FactorLaw the allowed compensation and reimbursement of expenses in the total amount of **$3,080.00**; and

C. Granting such other relief as the Court deems just and equitable.

Dated: December 13, 2017                      **FactorLaw**

                                                       By: */s/ Ariane Holtschlag*
                                                       One of Its attorneys

William J. Factor (6205675)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (312) 878-4830
Fax:   (847) 574-8233
Email:  aholtschlag@wfactorlaw.com