# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In Re: | § | |
| | § | |
| DONALD E TAYLOR | § | Case No. 17-14757 |
| SHEILA M TAYLOR | § | |
| | § | |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street

Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00AM on May 4, 2018 in Courtroom ,

Joliet City Hall

150 West Jefferson Street, 2nd Floor

Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  3/28/2018              By: /s/ Peter N. Metrou

Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 17-14757** |
| | ) | **CHAPTER 7** |
| **DONALD E. TAYLOR and** | ) | |
| **SHEILA M. TAYLOR** | ) | |
| Debtor(s). | ) | **JUDGE PAMELA HOLLIS** |
| | ) | **(Joliet)** |

## NOTICE OF MOTION

To:     See Attached Service List

### TRUSTEE'S CERTIFICATE OF SERVICE FOR
### NOTICE OF TRUSTEE'S FINAL REPORT

### PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 28th day of March, 2018, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

*/s/ Peter N. Metrou*
**Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

1

**Sent Via First-Class Mail**

Athletic and Therapeutic Inst.
P.O. Box 371863
Pittsburgh, PA 15250-7863

Athletico Ltd
Attn Collections Dept
709 Enterprise Drive
Oak Brook, IL 60523-8814

ATI Physical Therapy
Attn: Collections
P.O. Box 371863
Pittsburgh, PA 15250-7863

Barclays Bank Delaware
100 S West St
Wilmington, DE 19801-5015

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Chase Card
Attn: Correspondence
Po Box 15298
Wilmington, DE 19850-5298

Citibank North America
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179-0040

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA  98083-0280

Citibank/Sears
Citicorp Credit Services/Attn: Centraliz
Po Bopx 790040
Saint Louis, MO 63179-0040

Citicards Cbna
Citicorp Credit Svc/Centralized Bankrupt
Po Box 790040
Saint Louis, MO 63179-0040

Citicards Cbna
Po Box 6241
Sioux Falls, SD 57117-6241

Comenity Bank/PacSun
Po Box 182125
Columbus, OH 43218-2125

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  98083-0657

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Financial
Po Box 3025
New Albany, OH 43054-3025

Donald E Taylor
1706 Prairie Wind Drive
Joliet, IL 60435-0686

EdFinancial Services, Llc
298 North Seven Oaks Dr
Knoxville, TN 37922-2369

Financial Plus Cu
800 Chestnut St
Ottawa, IL 61350-4997

First National Bank of Omaha
1620 Dodge Street, Stop code 3105
Omaha, NE 68197-0002

First National Bank
Attn:  FNN Legal Dept
1620 Dodge St Mailstop Code 3290
Omaha, NE 68102-1593

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Kohls/Capital One
Kohls Credit
Po Box 3043
Milwaukee, WI 53201-3043

Merchants Credit Guide Co.
223 West Jackson Blvd #700
Chicago, IL 60606-6914

Merchants Credit
223 W Jackson Blvd
Ste 700
Chicago, IL 60606-6914

Miramed Revenue Group LLC
Dept 77304
P.O.  Box 77000
Detroit, MI 48277-0304

Molecular Imaging
28489 Network Place
Chicago, IL 60673-1287

PYOD, LLC its successors and assigns as
assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Regions Mortgage
Bankruptcy
Po Box 18001
Hattiesburg, MS 39404-8001

Visa Dept Store National Bank/Macy's
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040-8053

Sheila M Taylor
1706 Prairie Wind Drive
Joliet, IL 60435-0686

Transworld Systems Inc.
500 Virginia Drive #514
Fort Washington, PA 19034-2707

## Sent Via ECF

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Ronald D Cummings
Ronald D Cummings
22600 Deer Path Lane
Plainfield, IL 60544-2180

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re:                                            §
                                                  §
DONALD E TAYLOR                                   §        Case No. 17-14757
SHEILA M TAYLOR                                   §
                                                  §
            Debtors                              §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 199,000.00 |
| and approved disbursements of | $ | 180,168.10 |
| leaving a balance on hand of[1] | $ | 18,831.90 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $        10,000.00 | $        0.00 | $        10,000.00 |
| Trustee Expenses: Peter N. Metrou | $        87.82 | $        0.00 | $        87.82 |
| Attorney for Trustee Fees: FactorLaw See Dckt #45 | $        3,080.00 | $        3,080.00 | $        0.00 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $        918.00 | $        0.00 | $        918.00 |
| Charges: CLERK OF THE BANKRUPTCY COURT | $        181.00 | $        0.00 | $        181.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 11,186.82 |
| Remaining Balance | $ | 7,645.08 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,185.69  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | $          1,185.69 | $          0.00 | $          1,185.69 |

Total to be paid to priority creditors          $          1,185.69

Remaining Balance          $          6,459.39

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,105.81  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  30.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $          13,189.96 | $          0.00 | $          4,036.76 |
| 2 | INTERNAL REVENUE SERVICE | $          307.55 | $          0.00 | $          94.13 |
| 3 | FIRST NATIONAL BANK OF OMAHA | $          479.37 | $          0.00 | $          146.71 |
| 4 | CAPITAL ONE, N.A. | $          711.54 | $          0.00 | $          217.77 |
| 5 | CAPITAL ONE, N.A. | $          892.06 | $          0.00 | $          273.01 |
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $          2,766.37 | $          0.00 | $          846.64 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 106.12 | $ 0.00 | $ 32.48 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 1,270.53 | $ 0.00 | $ 388.84 |
| 9 | CITIBANK, N.A. | $ 937.31 | $ 0.00 | $ 286.86 |
| 10 | DEPARTMENT STORES NATIONAL BANK | $ 445.00 | $ 0.00 | $ 136.19 |

Total to be paid to timely general unsecured creditors          $          6,459.39

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.