UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| DONALD E TAYLOR | § | Case No. 17-14757 |
| SHEILA M TAYLOR | § | |
| | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 50.00                          Assets Exempt: 73,400.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 136,314.76     Claims Discharged
                                                  Without Payment: 227,027.82

Total Expenses of Administration: 32,685.24

3) Total gross receipts of $ 199,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,000.00 (see **Exhibit 2**), yielded net receipts of $ 169,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 123,822.00 | $ 128,669.68 | $ 128,669.68 | $ 128,669.68 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 32,685.24 | 32,685.24 | 32,685.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,600.00 | 1,185.69 | 1,185.69 | 1,185.69 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 109,331.40 | 21,105.81 | 21,105.81 | 6,459.39 |
| **TOTAL DISBURSEMENTS** | $ 234,753.40 | $ 183,646.42 | $ 183,646.42 | $ 169,000.00 |

4) This case was originally filed under chapter 7 on 05/11/2017 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/17/2018            By: /s/Peter N. Metrou, Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1706 PRAIRIE WIND DRIVE JOLIET IL 60435-0000 WILL | 1110-000 | 199,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$199,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| First American Title Co. | Exemptions | 8100-002 | 30,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 30,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Regions Mortgage, Bankruptcy Po Box 18001 Hattiesburg, MS 39404 | | 123,822.00 | NA | NA | 0.00 |
| | First American Title Co. | 4110-000 | NA | 128,669.68 | 128,669.68 | 128,669.68 |
| **TOTAL SECURED CLAIMS** | | | **$ 123,822.00** | **$ 128,669.68** | **$ 128,669.68** | **$ 128,669.68** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| Peter N. Metrou | 2200-000 | NA | 87.82 | 87.82 | 87.82 |
| International Sureties Ltd. | 2300-000 | NA | 8.01 | 8.01 | 8.01 |
| First American Title Co. | 2500-000 | NA | 8,414.22 | 8,414.22 | 8,414.22 |
| Associated Bank | 2600-000 | NA | 46.19 | 46.19 | 46.19 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | NA | 181.00 | 181.00 | 181.00 |
| FactorLaw | 3210-000 | NA | 3,080.00 | 3,080.00 | 3,080.00 |
| Kutchins Robbins & Diamond Ltd. | 3410-000 | NA | 918.00 | 918.00 | 918.00 |
| First American Title Co. | 3510-000 | NA | 9,950.00 | 9,950.00 | 9,950.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 32,685.24 | $ 32,685.24 | $ 32,685.24 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| 2 | INTERNAL REVENUE SERVICE | 5800-000 | 1,600.00 | 1,185.69 | 1,185.69 | 1,185.69 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 1,600.00 | $ 1,185.69 | $ 1,185.69 | $ 1,185.69 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Athletic and Therapeutic Inst., P.O. Box 371863 Pittsburgh, PA 15250-7863 | | 663.75 | NA | NA | 0.00 |
| | Athletico Ltd, Attn Collections Dept 709 Enterprise Drive Oak Brook, IL 60523 | | 76.61 | NA | NA | 0.00 |
| | ATI Physical Therapy, Attn: Collections P.O. Box 371863 Pittsburgh, PA 15250 | | 204.28 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclays Bank Delaware, 100 S West St Wilmington, DE 19801 | | 7,206.00 | NA | NA | 0.00 |
| | Chase Card, Attn: Correspondence Po Box 15298 Wilmington, DE 19850 | | 896.00 | NA | NA | 0.00 |
| | Chase Card, Attn: Correspondence Po Box 15298 Wilmington, DE 19850 | | 6,830.00 | NA | NA | 0.00 |
| | Chase Card, Attn: Correspondence Po Box 15298 Wilmington, DE 19850 | | 5,923.00 | NA | NA | 0.00 |
| | Chase Card, Attn: Correspondence Po Box 15298 Wilmington, DE 19850 | | 6,817.00 | NA | NA | 0.00 |
| | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup Po Box 790040 Saint Louis, MO 63179 | | 3,796.00 | NA | NA | 0.00 |
| | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt Po Box 790040 Saint Louis, MO 63179 | | 17,736.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | EdFinancial Services, Llc, 298 North Seven Oaks Dr Knoxville, TN 37922 | | 24,078.00 | NA | NA | 0.00 |
| | Financial Plus Cu, 800 Chestnut St Ottawa, IL 61350 | | 3,412.00 | NA | NA | 0.00 |
| | Financial Plus Cu, 800 Chestnut St Ottawa, IL 61350 | | 8,466.00 | NA | NA | 0.00 |
| | Merchants Credit Guide Co., 223 West Jackson Blvd #700 Chicago, IL 60606 | | 329.05 | NA | NA | 0.00 |
| | Merchants Credit, 223 W Jackson Blvd Ste 700 Chicago, IL 60606 | | 189.00 | NA | NA | 0.00 |
| | Merchants Credit, 223 W Jackson Blvd Ste 700 Chicago, IL 60606 | | 814.00 | NA | NA | 0.00 |
| | Miramed Revenue Group LLC, Dept 77304 P.O. Box 77000 Detroit, MI 48277-0304 | | 718.40 | NA | NA | 0.00 |
| | Miramed Revenue Group LLC, Dept 77304 P.O. Box 77000 Detroit, MI 48277-0304 | | 21.54 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Molecular Imaging, 28489 Network Place Chicago, IL 60673-1287 | | 325.39 | NA | NA | 0.00 |
| | Transworld Systems Inc., 500 Virginia Drive #514 Fort Washington, PA 19034 | | 57.38 | NA | NA | 0.00 |
| 4 | CAPITAL ONE, N.A. | 7100-000 | 421.00 | 711.54 | 711.54 | 217.77 |
| 5 | CAPITAL ONE, N.A. | 7100-000 | 803.00 | 892.06 | 892.06 | 273.01 |
| 9 | CITIBANK, N.A. | 7100-000 | 920.00 | 937.31 | 937.31 | 286.86 |
| 10 | DEPARTMENT STORES NATIONAL BANK | 7100-000 | 364.00 | 445.00 | 445.00 | 136.19 |
| 1 | DISCOVER BANK | 7100-000 | 12,882.00 | 13,189.96 | 13,189.96 | 4,036.76 |
| 3 | FIRST NATIONAL BANK OF OMAHA | 7100-000 | 467.00 | 479.37 | 479.37 | 146.71 |
| 2 | INTERNAL REVENUE SERVICE | 7100-000 | 1,600.00 | 307.55 | 307.55 | 94.13 |
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 2,676.00 | 2,766.37 | 2,766.37 | 846.64 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 102.00 | 106.12 | 106.12 | 32.48 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 537.00 | 1,270.53 | 1,270.53 | 388.84 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 109,331.40 | $ 21,105.81 | $ 21,105.81 | $ 6,459.39 |

Page: 1

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 17-14757 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | DONALD E TAYLOR | | | | Date Filed (f) or Converted (c): | 05/11/2017 (f) |
| | SHEILA M TAYLOR | | | | 341(a) Meeting Date: | 06/08/2017 |
| For Period Ending: | 07/17/2018 | | | | Claims Bar Date: | 10/16/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1706 PRAIRIE WIND DRIVE JOLIET IL 60435-0000 WILL | 199,900.00 | 199,900.00 | | 199,000.00 | FA |
| 2. 2008 MAZDA CX9 | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 3. 2004 FORD MUSTANG | 500.00 | 500.00 | | 0.00 | FA |
| 4. FURNITURE MISC PROPERTY | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. MISC | 0.00 | 0.00 | | 0.00 | FA |
| 6. CHASE BANK | 25.00 | 0.00 | | 0.00 | FA |
| 7. PNC BANK | 1,400.00 | 0.00 | | 0.00 | FA |
| 8. FINANCIAL PLUS CREDIT UNION | 25.00 | 0.00 | | 0.00 | FA |
| 9. PNC | 35,000.00 | 0.00 | | 0.00 | FA |
| 10. WORKERS COMPENSATION CLAIM BEING HANDLED BY GOLDMAN, WEISMAN | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $243,350.00        $204,900.00        $199,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Filed Motion to Employ Counsel 7/7/17 see Dkt#13. Filed Objection to Exemptions 8/3/17 see Dkt#20. Filed Motion to Employ Realtor 8/24/17 see Dkt#25. Filed Motion to Employ Real Estate Atty 10/20/17 see Dkt#29. Filed Motion to Sell 11/3/17 see Dkt#32. Filed report of Sale 12/18/2017. Filed Motion to Employ Accountant 12/19/17 see Dkt#43.

Initial Projected Date of Final Report (TFR): 07/06/2018        Current Projected Date of Final Report (TFR): 07/06/2018

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-14757 | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | DONALD E TAYLOR | Bank Name: | Associated Bank |
| | SHEILA M TAYLOR | Account Number/CD#: | XXXXXX1644 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8229 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 07/17/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/18/17 | | First American Title Co.<br>3492 Caton Farm Rd<br>Joliet, IL 60431 | Liquidation of Sale of Real Estate | | $21,966.10 | | $21,966.10 |
| | | | Gross Receipts $199,000.00 | | | | |
| | | | Mortgage Payoff ($128,669.68) | 4110-000 | | | |
| | | | Real Estate Comission ($9,950.00) | 3510-000 | | | |
| | | | Property Tax Credit ($4,554.77) | 2500-000 | | | |
| | | | Debtor's Homestead Exemption ($30,000.00) | 8100-002 | | | |
| | | | ($3,859.45) | 2500-000 | | | |
| | 1 | | 1706 PRAIRIE WIND DRIVE $199,000.00<br>JOLIET IL 60435-0000 WILL | 1110-000 | | | |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.74 | $21,951.36 |
| 01/14/18 | 1001 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Attorneys fees<br>See Dckt#s 41 & 45 | 3210-000 | | $3,080.00 | $18,871.36 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.45 | $18,839.91 |
| 02/08/18 | 1002 | International Sureties Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond Payment | 2300-000 | | $8.01 | $18,831.90 |
| 05/09/18 | 1003 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $10,087.82 | $8,744.08 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($10,000.00) | 2100-000 | | | |

Page Subtotals: $21,966.10 $13,222.02

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-14757 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | DONALD E TAYLOR | Bank Name: | Associated Bank |
|  | SHEILA M TAYLOR | Account Number/CD#: | XXXXXX1644 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX8229 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 07/17/2018 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($87.82) | 2200-000 |  |  |  |
| 05/09/18 | 1004 | CLERK OF THE BANKRUPTCY COURT<br>219 S. Dearborn<br>Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | | 2700-000 |  | $181.00 | $8,563.08 |
| 05/09/18 | 1005 | Kutchins Robbins & Diamond Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Final distribution representing a payment of 100.00 % per court order. | | 3410-000 |  | $918.00 | $7,645.08 |
| 05/09/18 | 1006 | INTERNAL REVENUE SERVICE<br>PO Box 21126<br>Philadelphia, PA 19114 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | 5800-000 |  | $1,185.69 | $6,459.39 |
| 05/09/18 | 1007 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution to claim 1 representing a payment of 30.60 % per court order. | | 7100-000 |  | $4,036.76 | $2,422.63 |
| 05/09/18 | 1008 | INTERNAL REVENUE SERVICE<br>PO Box 21126<br>Philadelphia, PA 19114 | Final distribution to claim 2 representing a payment of 30.61 % per court order. | | 7100-000 |  | $94.13 | $2,328.50 |
| 05/09/18 | 1009 | FIRST NATIONAL BANK OF OMAHA<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, Ne 68197 | Final distribution to claim 3 representing a payment of 30.60 % per court order. | | 7100-000 |  | $146.71 | $2,181.79 |
| 05/09/18 | 1010 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Distribution | | |  | $490.78 | $1,691.01 |
|  |  | CAPITAL ONE, N.A. | Final distribution to claim 4 representing a payment of 30.61 % per court order. | ($217.77) | 7100-000 |  |  |  |
|  |  | CAPITAL ONE, N.A. | Final distribution to claim 5 representing a payment of 30.60 % per court order. | ($273.01) | 7100-000 |  |  |  |

Page Subtotals: $0.00   $7,053.07

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-14757 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: DONALD E TAYLOR | Bank Name: Associated Bank |
| SHEILA M TAYLOR | Account Number/CD#: XXXXXX1644 |
| | Checking |
| Taxpayer ID No: XX-XXX8229 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 07/17/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/09/18 | 1011 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 6 representing a payment of 30.60 % per court order. | | 7100-000 | | $846.64 | $844.37 |
| 05/09/18 | 1012 | QUANTUM3 GROUP LLC AS AGENT FOR Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Distribution | | | | $421.32 | $423.05 |
| | | QUANTUM3 GROUP LLC AS AGENT FOR | Final distribution to claim 7 representing a payment of 30.61 % per court order. | ($32.48) | 7100-000 | | | |
| | | QUANTUM3 GROUP LLC AS AGENT FOR | Final distribution to claim 8 representing a payment of 30.60 % per court order. | ($388.84) | 7100-000 | | | |
| 05/09/18 | 1013 | CITIBANK, N.A. C/O QUANTUM3 GROUP LLC PO BOX 280 KIRKLAND, WA 98083-0280 | Final distribution to claim 9 representing a payment of 30.60 % per court order. | | 7100-000 | | $286.86 | $136.19 |
| 05/09/18 | 1014 | DEPARTMENT STORES NATIONAL BANK C/O QUANTUM3 GROUP LLC PO BOX 657 KIRKLAND, WA 98083-0657 | Final distribution to claim 10 representing a payment of 30.60 % per court order. | | 7100-000 | | $136.19 | $0.00 |
| 06/10/18 | 1014 | DEPARTMENT STORES NATIONAL BANK C/O QUANTUM3 GROUP LLC PO BOX 657 KIRKLAND, WA 98083-0657 | Final distribution to claim 10 representing a payment of 30.60 % per court order. Reversal Check destroyed during mail delivery and returned by creditor requesting replacement check. | | 7100-000 | | ($136.19) | $136.19 |
| 06/10/18 | 1015 | DEPARTMENT STORES NATIONAL BANK C/O QUANTUM3 GROUP LLC PO BOX 657 KIRKLAND, WA 98083-0657 | Distribution Replacement of Check #1014 (Original Check destroyed and returned by Creditor) | | 7100-000 | | $136.19 | $0.00 |

| | | | Page Subtotals: | | | $0.00 | $1,691.01 |
|---|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

|  | | | |
|---|---:|---:|---|
| COLUMN TOTALS | $21,966.10 | $21,966.10 | |
| Less: Bank Transfers/CD's | $0.00 | $0.00 | Exhibit 9 |
| Subtotal | $21,966.10 | $21,966.10 | |
| Less: Payments to Debtors | $0.00 | $0.00 | |
| Net | $21,966.10 | $21,966.10 | |

Page Subtotals: $0.00 $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1644 - Checking | $21,966.10 | $21,966.10 | $0.00 |
| | $21,966.10 | $21,966.10 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $177,033.90 |
| Total Net Deposits: | $21,966.10 |
| Total Gross Receipts: | $199,000.00 |

Page Subtotals:    $0.00    $0.00